658

*Norman Shattuck,* for plaintiff in error.
*M. Neil Andrews, solicitor-general, Dean Owens,* contra.

20656. HOLLEY, *alias* HOLLAND, *v.* THE STATE.

LUKE, J. 1. While the publicity of the taking of the hog alleged to have been stolen speaks eloquently either of the defendant's innocence or of his stupidity, yet the jury, perhaps influenced by his rambling and unsatisfactory statement, found him guilty, and the verdict, supported by evidence and approved by the trial judge, can not be disturbed by this court.

2. Neither of the special grounds shows any reason for a new trial.

*Judgment affirmed. Broyles, C. J. and Bloodworth, J., concur.*

DECIDED JULY 15, 1930.

*Ben A. Way,* for plaintiff in error.
*J. T. Grice, solicitor-general,* contra.

20657. JACKSON *v.* THE STATE.

BLOODWORTH, J. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial, which was based on the general grounds only.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 15, 1930.

*Dampier & Watson,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.